# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 17 CR 3599-JLS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING SENTENCING HEARING** |
| JOSE LUIS FLORES, | ) | |
| Defendant | ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Defendant JOSE LUIS FLORES' sentencing hearing is continued from August 17, 2018 at 9:00 a.m. to September 21, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 15, 2018

Hon. Janis L. Sammartino
United States District Judge